| | |
|---|---|
| Davor Rukavina, Esq.<br>Texas Bar No. 24030781<br>Thomas D. Berghman, Esq.<br>Texas Bar No. 24082683<br>Garrick C. Smith, Esq.<br>Texas Bar No. 24088435<br>**MUNSCH HARDT KOPF & HARR, P.C.**<br>500 N. Akard St., Ste. 4000<br>Dallas, TX 75201<br>Telephone: (214) 855-7500<br>E-mail: drukavina@munsch.com<br>tberghman@munsch.com<br>gsmith@munsch.com<br><br>COUNSEL TO THE OIL AND GAS DEBTORS<br>AND THE OREGON DEBTORS | Hudson M. Jobe<br>Texas Bar No. 24041189<br>**JOBE LAW PLLC**<br>6060 North Central Expressway, Suite 500<br>Dallas, TX 75206<br>(214) 807-0563<br>hjobe@jobelawpllc.com<br><br>COUNSEL TO O'RYAN RANCHES, LTD. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SCANROCK OIL & GAS, INC., *et al.*, | § | Case No. 25-90001-mxm11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## AGENDA FOR APRIL 29, 2025 HEARING

The above-captioned debtors and debtors-in-possession[2] (collectively, the "<u>Debtors</u>") file this agenda for matters set for hearing on April 29, 2025 at 10:30 p.m. (CT) and 1:30 p.m. (CT) (the "<u>Hearing(s)</u>"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Scanrock Oil & Gas, Inc. (0380); EON Production, LLC (0136); O'Ryan Family Limited Partnership (1913); O'Ryan Production & Exploration Ltd. (9950); O'Ryan Ponderosa, LLC (1476); Ryan C. Hoerauf, Inc. (0493); and Smackover Oil Treaters, Ltd. (9529) (collectively, the "<u>Oil and Gas Debtors</u>"); and O'Ryan Ranches, Ltd. (7184). The location of the Debtors' service address is 8180 Lakeview Center, Ste. 300, Odessa, TX 79765. More information about the Debtors, and copies of pleadings in the above-captioned bankruptcy case, may be obtained on the website of the Debtors' proposed noticing agent, Stretto, Inc., at: https://cases.stretto.com/scanrock.

[2] On April 25, 2025, O'Ryan Ranches, LLC and O'Ryan Oregon Ranches, LLC, filed for chapter 11 seeking joint administration with Scanrock Oil & Gas, Inc., *et al.*

**AGENDA MATTERS**

1.  ***Debtors' Emergency Motion for Joint Administration* [Docket No. 278; Case No. 25-90008, Docket No. 6; Case No. 25-90009, Docket No. 7].**

    Related Documents:

    a.  Debtors' Amended Witness and Exhibit List for April 29, 2025 Hearing [Docket No. 285];

    b.  Voluntary Petition of O'Ryan Oregon Ranches, LLC [Case No. 25-90008];

    c.  Voluntary Petition of O'Ryan Ranches, LLC [Case No. 25-90009];

    d.  Corporate Resolutions of Oregon Ranch Debtors.

    Status:  The Debtors believe this motion will be uncontested.  Going forward on April 29, 2025, at 10:30 a.m. (CT).

2.  ***Emergency Motion to Appoint Brad Walker as Chief Restructuring Officer for O'Ryan Ranches, LLC and O'Ryan Oregon Ranches, LLC* [Case No. 25-90008, Docket No. 4; Case No. 25-90009, Docket No. 6].**

    Related Documents:

    a.  Debtors' Amended Witness and Exhibit List for April 29, 2025 Hearing [Docket No. 285];

    b.  Voluntary Petition of O'Ryan Oregon Ranches, LLC [Case No. 25-90008];

    c.  Voluntary Petition of O'Ryan Ranches, LLC [Case No. 25-90009];

    d.  Corporate Resolutions of Oregon Ranch Debtors;

    e.  Declaration of Brad Walker [Case No. 25-90008, Docket No. 5; Case No. 25-90009, Docket No. 6-3].

    Status:  The Debtors believe this motion will be uncontested.  Going forward on April 29, 2025, at 10:30 a.m. (CT).

3.  ***United States Trustee's Motion for an Order Directing the Appointment of Chapter 11 Trustees Under 11 U.S.C. § 1104(a)* [Docket No. 183].**

    Related Documents:

    a.  Debtors' Amended Witness and Exhibit List for April 29, 2025 Hearing [Docket No. 285];

      b. Prosperity Bank's Partial Joinder to United States Trustee Motion for an Order Directing the Appointment of Chapter 11 Trustees Under 11 U.S.C. § 1104(a) [Docket No. 264];

      c. The Official Committee of Unsecured Creditors' Limited Joinder and Statement in Support of the United States Trustee's Motion to Appoint Chapter 11 Trustees [Docket No. 266];

      d. The Debtors' Objection to the U.S. Trustee's Motion to Appoint Chapter 11 Trustees [Docket No. 281].

    Status: To be continued. Dates will be discussed with the Court and parties-in-interest.

4. ***Emergency Motion of the Ad Hoc Royalty Interest Owners Group for Entry of an Order Directing the Appointment of an Official Committee of Royalty Interest Owners* [Docket No. 125].**

    Related Documents:

      a. Amended Joinder of the Roosth Creditors in the Emergency Motion of the Ad Hoc Royalty Interest Owners for an Order Directing the Appointment of an Official Committee of Royalty Interest Owners [Docket No. 130].

      b. Joinder of the Genecov Group, Inc. to Emergency Motion of the Ad Hoc Royalty Interest Owners for Entry of an Order Directing Appointment of an Official Committee of Royalty Interest Owners [Docket No. 132];

      c. Objection and Partial Joinder of Halliburton Energy Services, Inc. to Emergency Motion of the Ad Hoc Royalty Interest Owners Group for Entry of an Order Directing the Appointment of an Official Committee of Royalty Interest Owners [Docket No. 137];

      d. Debtors' Objection to the Emergency Motion of the Ad Hoc Royalty Interest Owners Group for Entry of an Order Directing the Appointment of an Official Committee of Royalty Interest Owners [Docket No. 144];

      e. Prosperity Bank's Objection to Emergency Motion of the Ad Hoc Royalty Interest Owners Group for Entry of an Order Directing the Appointment of an Official Committee of Royalty Owners [Docket No. 146];

      f. The Official Committee of Unsecured Creditors' Objection to the Emergency Motion of the Ad Hoc Royalty Interest Owners Group for Entry of an Order Directing the Appointment of an Official Committee of Royalty Interest Owners [Docket No. 185];

      g. Debtors' Amended Witness and Exhibit List for April 29, 2025 Hearing [Docket No. 285];

<u>Status</u>:  To be continued.  Dates will be discussed with the Court and parties-in-interest.

5.  ***Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief* [Docket No. 15].**

    <u>Status</u>:  To be continued.  Dates will be discussed with the Court and parties-in-interest.

6.  ***Emergency Motion for an Order (I) Authorizing the Debtors to (a) Continue Use of Existing Business Forms and Records, (b) Continue to Operate their Cash Management System and Maintain Existing Corporate Bank Accounts, and (c) Continue Intercompany Transactions, (II) Waiving Certain U.S. Trustee Requirements, and (III) Granting Related Relief* [Docket No. 17].**

    <u>Status</u>:  To be continued.  Dates will be discussed with the Court and parties-in-interest.

7.  ***Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 26].**

    <u>Related Documents</u>:

    a.  Debtors' Amended Witness and Exhibit List for April 29, 2025 Hearing [Docket No. 285];

    b.  Prosperity Bank's Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 256];

    c.  The Official Committee of Unsecured Creditors' Objection to Entry of Final Order (I) Authorizing the Debtors to Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related [Docket No. 257];

    d.  Notice of Hearing [Docket No. 207];

    e.  Debtors' Witness and Exhibit List for April 16, 2025 Hearing [Docket No. 226].

    <u>Status</u>:  To be continued.  Dates will be discussed with the Court and parties-in-interest.

RESPECTFULLY SUBMITTED this 28th day of April, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Garrick C. Smith*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    Garrick C. Smith, Esq.
    Texas Bar No. 24088435
    Jonathan S. Petree
    Texas Bar No. 24116897
    500 N. Akard Street, Suite 4000
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    E-mail: drukavina@munsch.com
    E-mail: tberghman@munsch.com
    E-mail: gsmith@munsch.com
    E-mail: jpetree@munsch.com

**PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION**

- and -

**JOBE LAW PLLC**

By: */s/ Hudson M. Jobe*
    Hudson M. Jobe
    Texas Bar No. 24041189
    6060 North Central Expressway, Suite 500
    Dallas, TX 75206
    (214) 807-0563
    hjobe@jobelawpllc.com

**PROPOSED COUNSEL TO O'RYAN RANCHES, LTD.**

## CERTIFICATE OF SERVICE

I certify that, on April 28, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Jonathan S. Petree*
Jonathan S. Petree