Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| SCANROCK OIL & GAS, INC., DEBTOR. | § § § § | CASE NO. 25-90001-MXM-11 (Jointly Administered) |
| IN RE: | § § § | |
| RYAN C. HOERAUF, INC., DEBTOR. | § § § § § | CASE NO. 25-90006-MXM-11 Confirmation set: **NOT YET SET** |

### WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("AmeriCredit" or "Creditor"), and files this its Witness and Exhibit list in conjunction with a hearing on the confirmation of the Debtor's Amended Chapter 11 Plan filed by Ryan C. Hoerauf, Inc. ("Debtor") and lists the following as potential witnesses and exhibits in this matter:

### WITNESSES

1. Representative of Creditor;
2. Ryan C. Hoerauf, Inc.;
3. All witnesses called by Debtor;
4. All rebuttal witnesses necessary.

### EXHIBITS

1. Affidavit of representative of AmeriCredit;
2. Motor Vehicle Retail Installment Sales Contract as to 2023 Chevrolet Silverado 1500;
3. Commercial Addendum to Retail Installment Contract dated December 6, 2022;

4.     Certificate of Title as to 2023 Chevrolet Silverado 1500;

5.     Payment History as to 2023 Chevrolet Silverado 1500;

6.     Motor Vehicle Retail Installment Sales Contract as to 2023 Chevrolet Silverado 3500;

7.     Commercial Addendum to Retail Installment Contract dated December 15, 2022;

8.     Certificate of Title as to 2023 Chevrolet Silverado 3500;

9.     Payment History as to 2023 Chevrolet Silverado 3500;

10.     Proofs of claim filed by Creditor;

11.     All exhibits offered by Debtor; and

12.     All rebuttal exhibits necessary.

    Respectfully submitted,
/s/ Stephen G. Wilcox
Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR AMERICREDIT
FINANCIAL SERVICES, INC. D/B/A
GM FINANCIAL

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Witness and Exhibit List was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Ryan C. Hoerauf, Inc.
8180 Lakeview Center, Suite 300
Odessa, TX 79765

and by ELECTRONIC FILING on:

| | |
|---|---|
| Thomas Berghman | Office of the U.S. Trustee |
| Munsch Hardt Kopf & Harr PC | 1100 Commerce, Room 976 |
| 500 N Akard St., Suite 3800 | Dallas, Texas  75242 |
| Dallas, TX 75201-6659 | |

Dated on July 31, 2025.

    /s/ Stephen G. Wilcox
Stephen G. Wilcox

9040-01383-614564