| | |
|---|---|
| Davor Rukavina, Esq. | Hudson M. Jobe |
| Texas Bar No. 24030781 | Texas Bar No. 24041189 |
| Thomas D. Berghman, Esq. | **JOBE LAW PLLC** |
| Texas Bar No. 24082683 | 6060 North Central Expressway, Suite 500 |
| Garrick C. Smith, Esq. | Dallas, TX 75206 |
| Texas Bar No. 24088435 | (214) 807-0563 |
| **MUNSCH HARDT KOPF & HARR, P.C.** | hjobe@jobelawpllc.com |
| 500 N. Akard St., Ste. 4000 | |
| Dallas, TX 75201 | COUNSEL TO O'RYAN RANCHES, LTD. |
| Telephone: (214) 855-7500 | |
| E-mail: drukavina@munsch.com | |
| tberghman@munsch.com | |
| gsmith@munsch.com | |

COUNSEL TO THE OIL AND GAS DEBTORS
AND THE OREGON DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SCANROCK OIL & GAS, INC., *et al.*, | § | Case No. 25-90001-mxm11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## NOTICE OF AGREED EXTENDED BUDGET

1.     PLEASE TAKE NOTICE that, pursuant to Section 2 of the *Final Order Granting Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral; (II) Granting Adequate Protection; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* [Docket No. 363] (the "Cash

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Scanrock Oil & Gas, Inc. (0380); EON Production, LLC (0136); O'Ryan Family Limited Partnership (1913); O'Ryan Production & Exploration Ltd. (9950); O'Ryan Ponderosa, LLC (1476); Ryan C. Hoerauf, Inc. (0493); and Smackover Oil Treaters, Ltd. (9529); O'Ryan Ranches, Ltd. (7184); O'Ryan Ranches, LLC (6467); and O'Ryan Oregon Ranches, LLC (collectively, the "Debtors"). The location of the Debtors' service address is 8180 Lakeview Center, Ste. 300, Odessa, TX 79765. More information about the Debtors, and copies of pleadings in the above-captioned bankruptcy case, may be obtained on the website of the Debtors' proposed noticing agent, Stretto, Inc., at: https://cases.stretto.com/scanrock.

Collateral Order"), the Debtors file this extended budget (the "Budget") through September 12, 2025, a true and correct copy of the Budget is attached hereto as **Exhibit A**.

2. PLEASE TAKE FURTHER NOTICE that, the Budget has been agreed to by the Debtors, Prosperity Bank (the "Prosperity"), and the Official Committee of Unsecured Creditors (the "Committee").

3. PLEASE TAKE FURTHER NOTICE that, pursuant to Section 2 of the Cash Collateral Order, parties-in-interest must submit an objection in writing and file same with the Court and serve such objection on the Debtors, Debtors' counsel, Prosperity's counsel, and the Committee's counsel so as to be actually received by such parties no later than 72-hours after the Budget is filed. If no timely objections are received, the Budget shall become the Budget under the Cash Collateral Order. If timely objections are received, the Court will hold an emergency hearing on the Budget and objection.

*[Remainder of page intentionally left blank]*

RESPECTFULLY SUBMITTED on August 28, 2025.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Garrick C. Smith*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    Garrick C. Smith, Esq.
    Texas Bar No. 24088435
    Jonathan S. Petree, Esq.
    Texas Bar No. 24116897
    500 N. Akard Street, Suite 4000
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    E-mail: drukavina@munsch.com
    E-mail: tberghman@munsch.com
    E-mail: gsmith@munsch.com
    E-mail: jpetree@munsch.com

**COUNSEL TO THE OIL AND GAS DEBTORS AND OREGON DEBTORS**

- and -

**JOBE LAW PLLC**

By: */s/ Hudson M. Jobe*
    Hudson M. Jobe
    Texas Bar No. 24041189
    6060 North Central Expressway, Suite 500
    Dallas, TX 75206
    (214) 807-0563
    hjobe@jobelawpllc.com

**COUNSEL TO O'RYAN RANCHES, LTD.**

## CERTIFICATE OF SERVICE

    I certify that, on August 28, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

    */s/ Garrick C. Smith*
    Garrick C. Smith

# **EXHIBIT A**

Agreed Extended Budget

**Scanrock Oil & Gas / O'Ryan O&G / O'Ryan FLP: Consolidated Budget**
Jointly Administered Under Case #25-90001
*13-Week Cash Budget - 1st Extension*

| *Payroll Cycle (Bi-Weekly, Semi-Monthly, Monthly)* | *Semi, Monthly* | *Semi, Monthly* | |
|---|---:|---:|---:|
| Week # | 14 | 15 | |
| **WEEK ENDING** | **9/5/2025** | **9/12/2025** | **TOTAL** |
| **CASH RECEIPTS** | | | |
| Oil & Gas Production | $ - | $ - | $ - |
| Treating & Processing | - | - | - |
| Asset Sales | - | - | - |
| Other Receipts | - | - | - |
| **Total Cash Inflows** | $ - | $ - | $ - |
| | | | |
| Royalty & Working Interest (External) | $ - | $ - | $ - |
| **NET CASH AVAILABLE** | $ - | $ - | $ - |
| | | | |
| **CASH DISBURSEMENTS** | | | |
| **Operating Expenses:** | | | |
| Repairs & Maintenance - Operating | $ 7,500 | $ 7,500 | $ 15,000 |
| Propane | - | - | - |
| Auto/Truck Repair/Maintenance | 1,500 | 1,500 | 3,000 |
| Travel & Meals | 1,250 | 1,250 | 2,500 |
| Fuel: | | | |
|    Carson | $ 2,500 | $ 2,500 | $ 5,000 |
|    AtoB | 3,000 | 3,000 | 6,000 |
|    Other #1 | - | - | - |
|    Other #2 | - | - | - |
| Utilities (Wells): | | | |
|    Big Country | $ - | $ - | $ - |
|    NRG Business | - | - | - |
|    Southwest Electric | - | - | - |
|    Pedernales Electric | - | - | - |
|    Greenbelt Electric | - | - | - |
|    Trinity Electric | - | - | - |
|    Taylor Electric | - | - | - |
|    Waste Disposal (Republic Services) | - | - | - |
|    Other Utilities | - | - | - |
|    Water | - | - | - |
| Processing: | | | |
|    Chemicals (Pureflow) | $ 7,500 | $ 7,500 | $ 15,000 |
|    Repairs & Maintenance - Processing | 1,500 | 1,500 | 3,000 |
| Capital Expenditures: | | | |
|    HSU #5 & #6 | $ - | $ - | $ - |
|    Plugging & Abandonment | - | - | - |
| Other Operating Expenses | 3,500 | 3,500 | 7,000 |
| **Operating Expense Total** | $ 28,250 | $ 28,250 | $ 56,500 |
| | | | |
| **OPERATING CASH FLOW** | $ (28,250) | $ (28,250) | $ (56,500) |
| | | | |
| **General & Administrative:** | | | |
| Salaries - Semi-Monthly | $ - | $ - | $ - |
| Salaries - Bi-Weekly | 12,000 | - | 12,000 |
| Contract Labor - Lease Supervisors, Inc. | - | - | - |
| Contract Labor (Office/Maintenance) | 2,250 | - | 2,250 |

## Scanrock Oil & Gas / O'Ryan O&G / O'Ryan FLP: Consolidated Budget

Jointly Administered Under Case #25-90001

*13-Week Cash Budget - 1st Extension*

| *Payroll Cycle (Bi-Weekly, Semi-Monthly, Monthly)* | *Semi, Monthly* | *Semi, Monthly* | |
|---|---:|---:|---:|
| Week # | 14 | 15 | |
| WEEK ENDING | 9/5/2025 | 9/12/2025 | TOTAL |
| Payroll Taxes | 960 | - | 960 |
| Auto Allowance | - | - | - |
| Health Insurance | 1,300 | - | 1,300 |
| General Insurance | 4,000 | - | 4,000 |
| Office Rent | - | - | - |
| Office Expense | 750 | 750 | 1,500 |
| Telephone/Internet | 1,800 | 1,000 | 2,800 |
| Computer Services | 375 | 375 | 750 |
| Tax Return Preparation | - | - | - |
| Legal / U.S. Trustee[(1)] | - | - | - |
| Vehicle Loans (Working Trucks) | - | - | - |
| Property Taxes | - | - | - |
| Other G&A | 2,000 | 2,000 | 4,000 |
| **G&A Total** | **$ 25,435** | **$ 4,125** | **$ 29,560** |
| **CASH FLOW AFTER OVERHEAD** | **$ (53,685)** | **$ (32,375)** | **$ (86,060)** |
| **Critical Vendors:** | | | |
| Pureflow | $ - | $ - | $ - |
| Other Critical Vendors | - | - | - |
| **Critical Vendors Total** | **$ -** | **$ -** | **$ -** |
| **TOTAL CASH DISBURSEMENTS** | **$ 53,685** | **$ 32,375** | **$ 86,060** |
| **NET CASH FLOW** | **$ (53,685)** | **$ (32,375)** | **$ (86,060)** |
| **Chapter 11 Items:** | | | |
| Oil & Gas Counsel | $ 50,000 | $ 50,000 | $ 100,000 |
| Chief Restructuring Officer | 35,000 | 35,000 | 70,000 |
| Ranches Counsel | 5,000 | 5,000 | 10,000 |
| Special Accountants | 5,000 | 5,000 | 10,000 |
| Claims Administration | - | - | - |
| Creditor Committee | 20,000 | 20,000 | 40,000 |
| U.S. Trustee (Included above) | | | |
| **Ch. 11 Total** | **$ 115,000** | **$ 115,000** | **$ 230,000** |

Note: Chapter 11 Items are included for purposes of showing the carve-out accumulation of estate professionals and do not reflect the Debtors' actual planned cash disbursements for this period.

(1) Includes Prosperity counsel and Quarterly Ch. 11 Fees to U.S. Trustee.