| | |
|---|---|
| Davor Rukavina, Esq. | Hudson M. Jobe |
| Texas Bar No. 24030781 | Texas Bar No. 24041189 |
| Thomas D. Berghman, Esq. | **JOBE LAW PLLC** |
| Texas Bar No. 24082683 | 6060 North Central Expressway, Suite 500 |
| Garrick C. Smith, Esq. | Dallas, TX 75206 |
| Texas Bar No. 24088435 | (214) 807-0563 |
| **MUNSCH HARDT KOPF & HARR, P.C.** | hjobe@jobelawpllc.com |
| 500 N. Akard St., Ste. 4000 | |
| Dallas, TX 75201 | COUNSEL TO O'RYAN RANCHES, LTD. |
| Telephone: (214) 855-7500 | |
| E-mail: drukavina@munsch.com | |
| tberghman@munsch.com | |
| gsmith@munsch.com | |

COUNSEL TO THE OIL AND GAS DEBTORS
AND THE OREGON DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SCANROCK OIL & GAS, INC., *et al.*, | § | Case No. 25-90001-mxm11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been scheduled on the *Motion to Reject Executory Contract with Tarrant Regional Water District and for Related Relief* [Docket No. 531] and the *Omnibus Motion for an Order Authorizing the Assumption of Certain Executory Contracts and Unexpired Leases and Granting Related Relief* [Docket No. 532] (the "Motions"), filed by the above-captioned debtors (the "Debtors"), to take place in person and virtually via WebEx on **Tuesday, September 30, 2025, at 9:30 a.m. (CT)**, before the Honorable Mark X. Mullin, United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: Scanrock Oil & Gas, Inc. (0380); EON Production, LLC (0136); O'Ryan Family Limited Partnership (1913); O'Ryan Production & Exploration Ltd. (9950); O'Ryan Ponderosa, LLC (1476); Ryan C. Hoerauf, Inc. (0493); Smackover Oil Treaters, Ltd. (9529); O'Ryan Ranches, Ltd. (7184); O'Ryan Ranches, LLC (6467); and O'Ryan Oregon Ranches, LLC. The location of the Debtors' service address is 8180 Lakeview Center, Ste. 300, Odessa, TX 79765. More information about the Debtors, and copies of pleadings in the above-captioned bankruptcy case, may be obtained on the website of the Debtors' proposed noticing agent, Stretto, Inc., at: https://cases.stretto.com/scanrock.

States Bankruptcy Judge for the Northern District of Texas, U.S. Courthouse, 501 W. Tenth Street, Rm. 128, Fort Worth, Texas, 76102.

**PLEASE TAKE FURTHER NOTICE** that any parties who wish to participate in the hearings may do so virtually via WebEx by using the information provided below:

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

**PLEASE TAKE FURTHER NOTICE** that the Court requests that in advance of the hearing, all parties familiarize themselves with the Court's WebEx Hearing Instructions for Judge Mullin available at the following link: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that parties may make electronic appearances in advance of the hearing by visiting the following link: https://www.txnb.uscourts.gov/electronic-appearances-4.

**PLEASE TAKE FURTHER NOTICE** that copies of the foregoing and all other pleadings in these chapter 11 cases may be obtained: (i) at the website established by the Debtors' proposed noticing agent, Stretto, Inc., at https://cases.stretto.com/scanrock, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned counsel.

RESPECTFULLY SUBMITTED on September 10, 2025.

      **MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jonathan S. Petree*
    Davor Rukavina, Esq.
    Texas Bar No. 24030781
    Thomas D. Berghman, Esq.
    Texas Bar No. 24082683
    Garrick C. Smith, Esq.
    Texas Bar No. 24088435
    Jonathan S. Petree
    Texas Bar No. 24116897
    500 N. Akard Street, Suite 4000
    Dallas, Texas 75201
    Telephone: (214) 855-7500
    E-mail: drukavina@munsch.com
    E-mail: tberghman@munsch.com
    E-mail: gsmith@munsch.com
    E-mail: jpetree@munsch.com

**COUNSEL TO THE OIL AND GAS DEBTORS**

- and -

**JOBE LAW PLLC**

By: */s/ Hudson M. Jobe*
    Hudson M. Jobe
    Texas Bar No. 24041189
    6060 North Central Expressway, Suite 500
    Dallas, Texas 75206
    (214) 807-0563
    hjobe@jobelawpllc.com

**COUNSEL TO O'RYAN RANCHES, LTD.**

## CERTIFICATE OF SERVICE

    I certify that, on September 10, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and was additionally served as reflected in the Certificate of Service to be separately filed by Stretto, Inc.

      By: */s/ Jonathan S. Petree*
          Jonathan S. Petree